UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  UNITED STATES OF AMERICA                                  :
                                                            :
                                                            :          20 Cr. 610 (LGS)
                        -against-                           :
                                                            :                ORDER
  BRANDON BLAKE,                                            :
                                    Defendant,              :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        It is hereby **ORDERED** the parties shall file a joint status letter on **January 6, 2023,**

informing the Court of the status of Defendant's compliance with the terms of his supervised

release and their respective positions with respect to the pending specifications including whether

a disposition has been reached or if an evidentiary hearing is needed.


Dated: November 29, 2022
        New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**